AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| PASQUAL SANTIZ-GOMEZ | ) | Case No. |
| a/k/a Israel Lopez-Domingo | ) | 2:20-mj- 1164-NPM |
| | ) | |
| | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __October 19, 2020__ in the county of __Charlotte__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Ilegal Reentry after Deportation. |
| 18 U.S.C. § 1546(a) | Possession of False Visa or Other Document. |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

/s/ Roger Mas
Complainant's signature

Roger Mas, Deporation Officer, ICE
Printed name and title

Sworn to me by electonic means, via telephone.

Date: 11/24/2020

Judge's signature

City and state: Fort Myers, Florida    Nicholas P. Mizell, United States Magistrate Judge
Printed name and title

## AFFIDAVIT

I, ROGER MAS, being duly sworn on oath depose and state the following:

1. I am employed by United States Immigration and Customs Enforcement (ICE) and have been so employed since May 2009. I am currently a Deportation Officer (DO), which position I have held since September 2015. As a DO, my duties include the apprehension of aliens who are in the United States illegally and the enforcement of the immigration laws, including offenses involving aliens who are believed to have reentered the United States illegally. This affidavit is being submitted in support of a criminal complaint alleging a violation of Title 8, United States Code, Section 1326 and is based upon my personal knowledge as well as information provided to me by other law enforcement officers.

2. On October 19, 2020, Pasqual Santiz-Gomez ("Santiz-Gomez"), aka Israel Lopez-Domingo, was encountered by the ICE – Criminal Alien Program Team, Deportation Officer Jose Rodriguez-Castillo at the Charlotte County Jail in Punta Gorda, Florida after having been arrested for a driving offense. At that time, Santiz-Gomez was placed under administrative arrest. Santiz-Gomez's biographical information was consistent with previously known information from law enforcement databases. As per ICE arrest procedure, Santiz-Gomez's fingerprints were rolled, scanned and electronically submitted into the Federal

Bureau of Investigation Next Generation Identification System (NGI). Santiz-Gomez was also processed through the Department of Homeland Security Automated Biometric Identification System (IDENT), which resulted in his fingerprints matching a record of a previously deported alien under alien file 205 582 488.

3. At the time of his arrest, Santiz-Gomez was found in possession of a fraudulent Lawful Permanent Resident (LPR) card which contained his photo, the name Israel Lopez Domingo, and USCIS alien registration number 069-626-654. On November 8, 2020, Deportation Officer Douglas Callaghan conducted a field interview and established that Santiz-Gomez had previously been removed from the United States. DO Callaghan read Santiz-Gomez his *Miranda* warnings, and Santiz-Gomez declined to give a sworn statement. Previously, on March 17, 2018, Border Patrol Agent Ronald Coronado read Santiz-Gomez his *Miranda* warnings, and Santiz-Gomez agreed to give a sworn statement and admitted to being a Citizen and National of Guatemala and being illegally in the United States. A Temporary Travel Pass issued in the name of Israel Lopez Domingo, aka Pasqual Santiz-Gomez, on December 20, 2012 by the Consulate General of Guatemala in Phoenix, Arizona was located in the A-file.

4. A search of the ICE computer databases by DO Roger Mas revealed that alien number 205 582 488 was assigned to Pasqual Santiz-Gomez, a citizen and national of Guatemala born in 1991. I subsequently reviewed documents

contained in the alien file A205 582 488 and located one executed Notice to Alien Order Removed/Departure Verification (I-296) and two executed Warrant of Removal/Deportation (I-205's). It revealed that Santiz-Gomez was removed from the United States to Guatemala on December 27, 2012, January 7, 2015 and April 4, 2018. There are no records of a legal re-entry for Santiz-Gomez.

5. Furthermore, after inspection, I believe that the photograph contained on the Notice to Alien Order Removed/Departure Verification (I-296) and the two Warrant of Removal/Deportation (I-205's) when Santiz-Gomez was physically removed from the United States on December 27, 2012, January 7, 2015 and April 4, 2018, is of the same individual encountered on October 19, 2020, in Charlotte County, Florida.

6. On November 20, 2020, a fingerprint specialist with U.S. Immigration and Customs Enforcement, Homeland Security Investigations examined the fingerprint contained on the Notice to Alien Ordered Removed / Departure Verification (I-296) executed on December 27, 2012 and the Warrant of Removal/Deportation (I-205's) executed on January 7, 2015 and April 4, 2018 and compared the fingerprint to that of the individual located in Punta Gorda, Florida on October 19, 2020. The fingerprint specialist determined that the fingerprints were made by the same individual, Pasqual Santiz-Gomez.

7. On November 16, 2020, a Specialist with Citizenship and Immigration Services determined that Santiz-Gomez had never received

permission to reenter the United States from the United States Attorney General or the Secretary for Homeland Security, subsequent to his removal on April 4, 2018.

8. Based on the above information, I have concluded that, to the best of my knowledge and belief, there is probable cause to believe that Pasqual Santiz-Gomez is presently in the United States, in violation of Title 8, United States Code, Section 1326(a) and possessed a counterfeit document as evidence of authorized stay in the United States in violation of Title 18, United States Code, Section 1546(a).

*Roger Mas*

Roger Mas, Deportation Officer
U.S. Department of Homeland Security
Immigration and Customs Enforcement

Sworn and subscribed to me this 24th day of November 2020, in Fort Myers, Florida.

_Nicholas P. Mizell_
NICHOLAS P. MIZELL
UNITED STATES MAGISTRATE JUDGE